IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CRIMINAL NO.   15-00099-WS |
| v. | * |
| | * |
| MARIO ROOSHON OSBORNE | * |

ENHANCEMENT INFORMATION

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Alabama, Kenyen R. Brown, and Assistant United States Attorney George F. May and, pursuant to 21 U.S.C. § 851(a), files this information setting forth facts concerning previous convictions of this defendant for felony offenses punishable under the provision of sub-chapters I or II of Chapter 13, Title 21, U.S.C., which previous convictions expose **MARIO ROOSHON OSBORNE**, to increased punishment if convicted of any of the Counts in the Indictment herein.

1. The defendant was found guilty of the felony drug offense of Possession of Cocaine in the Circuit Court of Mobile County, Case No. CC07-002640, said conviction occurring on or about November 15, 2007.  The defendant was also found guilty of the felony drug offense of Possession of Marijuana 1st in the Circuit Court of Mobile County, Case No. CC09-003379, said conviction occurring on or about May 20, 2010.  The defendant was also found guilty of the felony drug offense of Unlawful Distribution/Furnishing a Controlled Substance in the Circuit Court of Mobile County, Case No. CC13-001134, said conviction occurring on or about July 25, 2013.  The defendant is believed to have been represented by counsel in all said prosecutions.

2. The above three felony drug convictions are all believed to "final", within the meaning

of 21 U.S.C. §§ 841(b) and 962(b).

3. Any one of the above referenced previous felony drug convictions increases the defendant's statutory sentence in the current case.  If convicted of Counts Four or Six in the Indictment herein, the defendant faces a minimum mandatory sentence of ten years confinement to a maximum sentence of life imprisonment, a term of supervised release of **at least** eight years, a $8,000,000.00 fine and a $100.00 special assessment.

7. Any one of the above referenced previous felony drug convictions increases the defendant's statutory sentence in the current case, if convicted of Counts One, Two, Three, Seven or Eight in the Indictment herein, the defendant faces a maximum sentence of thirty years confinement, a term of supervised release of **at least** six years, a $2,000,000.00 fine, and a $100.00 special assessment.

8. Any one of the above referenced previous felony drug convictions increases the defendant's statutory sentence in the current case, if convicted of Count Five in the Indictment herein, to a maximum sentence of 10 years imprisonment, a term of supervised release of **at least** four years, a $500,000.00 fine and a $100.00 special assessment.

    Respectfully submitted,

    KENYEN R. BROWN
    UNITED STATES ATTORNEY
    by

    /s/ *George F. May*
    GEORGE F. MAY MAYG0534
    Assistant United States Attorney
    Telephone: (251) 441-5845
    Fax: (251) 441-5277

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Christopher Knight, counsel for defendant.

                              */s/ George F. May*
                              George F. May
                              Assistant United States Attorney