IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIO ROOSHON OSBORNE, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIV. A. NO. 17-0100-WS |
| vs. ) | |
| ) | CRIM. A. NO. 15-0099-WS-MU |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **adopted** as the opinion of this Court. For the reasons set forth in the Report and Recommendation, the District Court answers the question posed by the Eleventh Circuit Court of Appeals on remand in the affirmative and makes a factual finding that Thomas did advise Osborne that he could receive a sentence longer than the 10-year sentence that Osborne expected.

**DONE** and **ORDERED** this 13th day of September 2021.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE